UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLROIDA
TAMPA DIVISION

CHRISTINE GALANTE,

      Plaintiff,

v.                                                              Case No. 8:13-CV-3235-T-35TBM

NIELSEN CO. US LLC,
SCARBOROUGH RESEARCH,

      Defendant.

_____/

## MEDIATION REPORT

Mediation was held in Tampa, Florida, on October 7, 2014.  The Defendant was represented by counsel, and the Plaintiff appeared *pro se*.  Both parties attended the mediation.  After the mediation, the case was settled.  The Court is asked to issue an order administratively closing the file in this matter in accordance with Local Rule 3.08(b).

I HEREBY CERTIFY that on October 10, 2014, I electronically filed this document with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to Catherine J. Beveridge, Esquire (cathy.beveridge@bipc.com), and Amanda G. Chafin, Esquire (Amanda.chafin@bipc.com), BUCHANAN INGERSOLL & ROONEY PC | FOWLER, 501 E. Kennedy Boulevard, Suite 1700, Tampa, FL 33602;

and by First Class U.S. Mail to Christine Galante, *Pro Se*, P.O. Box 20111, Sarasota, FL

34276.

   /s/ Robert F. McKee
ROBERT F. McKEE, MEDIATOR
Florida Bar Number 295132
KELLY & McKEE, P.A.
1718 E. 7th Ave., Suite 301 (33605)
P.O. Box 75638
Tampa, FL 33675-0638
(813) 248-6400
(813) 248-4020 (Facsimile)
kmpa@kellyandmckee.com