**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTINE GALANTE,

      Plaintiff,

v.                                  Case No: 8:13-cv-3235-T-35TBM

NIELSEN CO US LLC/SCARBOROUGH
RESEARCH,

      Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal with Prejudice, (Dkt. 21)

and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** Each Party shall bear its

own attorneys' fees and costs associated with this matter. The **Clerk** is directed to

terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED in** Tampa, Florida this 6th day of November, 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party